**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONALD C. SMITH**
**KATHY SMITH**                                                                **PLAINTIFFS**


**v.**                                        **CASE NO. 4:11CV00246 BSM**


**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**                                **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 19th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE